| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 12, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    WILLIAM D ROYSTER | Case No.:  23-14244<br>Hearing Date:  10/11/2023<br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: October 12, 2023

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): WILLIAM D ROYSTER

Case No.: 23-14244SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/11/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/11/2023 of the plan filed on 05/19/2023, is denied; and it is further

ORDERED, that the Debtor must pay $1,095.00 by 10/15/2023 or the case will be dismissed; and it is further

ORDERED, that the Debtor must file a modified plan and amended Schedules I and J by 10/25/2023 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.