Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−14244−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William D Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−2498

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/19/2023 and a confirmation hearing on such Plan has been scheduled for 10/11/2023.

The debtor filed a Modified Plan on 10/25/23 and a confirmation hearing on the Modified Plan is scheduled for 12/13/2023. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 25, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 23-14244-SLM
William D Royster                                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                  User: admin                  Page 1 of 3
Date Rcvd: Oct 25, 2023            Form ID: 186             Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William D Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| 519919413 | | AT&T, P.O. Box 8217, South Hackensack, NJ 07606 |
| 519919416 | + | AT&T, PO Box 105236, Atlanta, GA 30348-5236 |
| 519919415 | | AT&T, PO Box 183066, Columbus, OH 43218-3066 |
| 519919430 | | State of New Jersey, Dept of Labor & Workforce Accounts, PO box 2672, New Brunswick, NJ 08903-2672 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 25 2023 21:10:32 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, AIS Portfolio Services, LLC, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 519919414 | | Email/Text: g17768@att.com | Oct 25 2023 20:46:00 | AT&T, P.O. Box 8212, Aurora, IL 60572-8212 |
| 519919417 | + | Email/Text: g20956@att.com | Oct 25 2023 20:47:00 | AT&T, 208 South Akard Street, Dallas, TX 75202-4206 |
| 519952988 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2023 21:10:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519919410 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2023 20:57:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519919411 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 25 2023 20:46:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519919412 | + | Email/Text: smacknowski@msscuso.com | Oct 25 2023 20:47:00 | Aspire Federal Credit Union, Attn: Bankruptcy, 67 Walnut Ave, Ste 401, Clark, NJ 07066-1696 |
| 519919418 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2023 20:57:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519919419 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 25 2023 21:10:01 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519929806 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 25 2023 20:57:38 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 23-14244-SLM    Doc 36    Filed 10/27/23    Entered 10/28/23 00:16:16    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 25, 2023 | Form ID: 186 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 519938284 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 25 2023 21:10:02 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519939367 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2023 21:10:23 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519919420 | + | Email/Text: legal@castlecredit.com | Oct 25 2023 20:47:00 | Castel Credit Co Holdings, LLC, Attn: Bankruptcy, 200 S Michigan Ave #450, Chicago, IL 60604-2400 |
| 519936745 | + | Email/Text: legal@castlecredit.com | Oct 25 2023 20:47:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 520003513 | + | Email/Text: legal@castlecredit.com | Oct 25 2023 20:47:00 | Castle Credit Co. Holdings, Inc., 200 South Michigan Ave., Suite 450, Chicago, IL 60604-2400 |
| 519919421 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2023 21:10:15 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519919422 | ^ | MEBN | Oct 25 2023 20:43:32 | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 696000, San Antonio, TX 78269-6000 |
| 519982282 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2023 20:47:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519919424 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 25 2023 20:46:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 519919425 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 25 2023 20:47:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519976451 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 25 2023 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519919426 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 25 2023 20:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519977997 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 20:57:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519948886 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2023 20:58:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519919427 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2023 20:57:48 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519977794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2023 20:57:43 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519919428 | + | Email/Text: bkrgeneric@penfed.org | Oct 25 2023 20:46:00 | Pentagon FCU, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-1432 |
| 519960790 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2023 20:46:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519982398 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2023 20:46:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519919429 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2023 20:47:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519919431 | ^ | MEBN | Oct 25 2023 20:42:29 | State of New Jersey, Dept of Labor & Workforce Accounts, PO Box 951, Trenton, NJ 08625-0951 |
| 519919432 | | Email/Text: bknotice@upgrade.com | Oct 25 2023 20:46:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519919423 | ## | Dtech Financial, LLC, Attention T120, 2100 East Elliot Road, Building 94, Tempe, AZ 85284-1806 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5, Mortgage Pass-Through Certificates, Series 2007- HE5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | on behalf of Defendant William D Royster ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Debtor William D Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6