| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th &<br>Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Movant |

| | |
|---|---|
| **IN RE:**<br><br>**WILLIAM D ROYSTER**<br><br>**Debtor** | Case No.: 23-14244-SLM<br><br>Chapter 13<br><br>Hearing Date: 01/10/2024 at 10:00 A.M.<br><br>Judge: Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled        ☐ Withdrawn

Matter: Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Stay

DATE: 1/10/2024

/s/ Regina Cohen
Signature