SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006

Re:  WILLIAM D ROYSTER
     380 WATSESSING AVENUE
     BLOOMFIELD,  NJ  07003

Atty:  SCOTT D. SHERMAN ESQ
     MINION & SHERMAN
     33 CLINTON ROAD, SUITE 105
     WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-14244

## RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/14/2023 | $1,095.00 | 9220491000 | 06/30/2023 | $1,054.50 | |
| 07/18/2023 | $40.50 | | 09/01/2023 | $2,190.00 | 9356177000 |
| 09/18/2023 | $2,190.00 | | 10/18/2023 | $2,190.00 | |
| 10/24/2023 | $1,095.00 | | 11/16/2023 | $1,095.00 | |
| 12/08/2023 | $500.00 | | 12/18/2023 | $832.00 | |
| 12/26/2023 | $466.00 | | | | |

**Total Receipts: $12,748.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,748.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 961.29 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AT&T | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,236.95 | 0.00% | 0.00 | 0.00 |
| 0007 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,601.08 | 0.00% | 0.00 | 0.00 |
| 0009 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,333.77 | 0.00% | 0.00 | 0.00 |
| 0010 | CAPITAL ONE AUTO FINANCE C/O AIS PC | VEHICLE SECURE | 302.40 | 100.00% | 0.00 | 0.00 |
| 0011 | CASTEL CREDIT CO HOLDINGS, LLC | SECURED | 1,000.00 | 0.00% | 0.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 3,096.00 | 0.00% | 0.00 | 0.00 |
| 0013 | DSRM NAT BANK/VALERO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | FIRST SAVINGS BANK/BLAZE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 976.78 | 0.00% | 0.00 | 0.00 |
| 0017 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | MERRICK BANK | UNSECURED | 2,499.78 | 0.00% | 0.00 | 0.00 |

Chapter 13 Case # 23-14244

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | PENTAGON FCU | UNSECURED | 305.74 | 0.00% | 0.00 | 0.00 |
| 0020 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition A | 117,982.81 | 100.00% | 0.00 | 0.00 |
| 0022 | STATE OF NEW JERSEY | UNSECURED | 39,479.64 | 0.00% | 0.00 | 0.00 |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 6,417.92 | 0.00% | 0.00 | 0.00 |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 773.13 | 0.00% | 0.00 | 0.00 |
| 0027 | CAPITAL ONE BANK (USA) NA | UNSECURED | 436.43 | 0.00% | 0.00 | 0.00 |
| 0028 | LVNV FUNDING LLC | UNSECURED | 730.80 | 0.00% | 0.00 | 0.00 |
| 0029 | CASTEL CREDIT CO HOLDINGS, LLC | UNSECURED | 580.04 | 0.00% | 0.00 | 0.00 |

**Total Paid: $961.29**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $12,748.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $961.29    =    Funds on Hand: $12,286.71

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.