| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th &<br>Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Movant | |
| IN RE:<br><br>**WILLIAM D ROYSTER**<br><br>**Debtor** | Case No.: 23-14244-SLM<br><br>Chapter 13<br><br>Hearing Date: 01/10/2024 at 10:00 A.M.<br><br>Judge: Stacey L. Meisel |

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)   The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order;

(b)   The signatures represented by the /s/_____ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c)   I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

(d)   I will make the original consent order available for inspection upon request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

■ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's email box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with an /s/_____ ).

Date:    1/22/2024

*/s/ Regina Cohen*
Regina Cohen