**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

February 16, 2024

**Re: Standing Trustee's Notice of Distribution**
       **Case No: 23-14244**

On February 14, 2024 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 16, 2024

**Chapter 13 Case # 23-14244**

Atty:    SCOTT D. SHERMAN ESQ

Re:      WILLIAM D ROYSTER
         380 WATSESSING AVENUE
         BLOOMFIELD, NJ  07003

PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $136,720.00

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/14/2023 | $1,095.00 | 9220491000 | 06/30/2023 | $1,054.50 | |
| 07/18/2023 | $40.50 | | 09/01/2023 | $2,190.00 | 9356177000 |
| 09/18/2023 | $2,190.00 | | 10/18/2023 | $2,190.00 | |
| 10/24/2023 | $1,095.00 | | 11/16/2023 | $1,095.00 | |
| 12/08/2023 | $500.00 | | 12/18/2023 | $832.00 | |
| 12/26/2023 | $466.00 | | 01/08/2024 | $500.00 | |
| 01/23/2024 | $340.00 | | 02/08/2024 | $500.00 | |

**Total Receipts: $14,088.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $14,088.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,028.49 | |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 0.00 | 3,750.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AT&T | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,236.95 | * | 0.00 | |
| 0007 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,601.08 | * | 0.00 | |
| 0009 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,333.77 | * | 0.00 | |
| 0010 | CAPITAL ONE AUTO FINANCE C/O AIS PC | VEHICLE SECURE | 302.40 | 100.00% | 0.00 | |
| 0011 | CASTEL CREDIT CO HOLDINGS, LLC | SECURED | 1,000.00 | 100.00% | 0.00 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 3,096.00 | * | 0.00 | |
| 0013 | DSRM NAT BANK/VALERO | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FIRST SAVINGS BANK/BLAZE | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 976.78 | * | 0.00 | |
| 0017 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | MERRICK BANK | UNSECURED | 2,499.78 | * | 0.00 | |
| 0019 | PENTAGON FCU | UNSECURED | 305.74 | * | 0.00 | |
| 0020 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition | 117,982.81 | 100.00% | 0.00 | |
| 0022 | STATE OF NEW JERSEY | UNSECURED | 39,479.64 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 6,417.92 | * | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 773.13 | * | 0.00 | |
| 0027 | CAPITAL ONE BANK (USA) NA | UNSECURED | 436.43 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 730.80 | * | 0.00 | |
| 0029 | CASTEL CREDIT CO HOLDINGS, LLC | UNSECURED | 580.04 | * | 0.00 | |

**Total Paid:  $1,028.49**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: February 16, 2024.

Receipts: $14,088.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $1,028.49     =     Funds on Hand: $13,059.51

Base Plan Amount: $136,720.00     -     Receipts: $14,088.00     =     Total Unpaid Balance: **$122,632.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.