Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14244−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William D Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−2498

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 14, 2024.

Dated: February 14, 2024
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William D Royster  
    Debtor

Case No. 23-14244-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 14, 2024      Form ID: plncf13      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William D Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| 519919415 | | AT&T, PO Box 183066, Columbus, OH 43218-3066 |
| 519919413 | | AT&T, P.O. Box 8217, South Hackensack, NJ 07606 |
| 519919416 | + | AT&T, PO Box 105236, Atlanta, GA 30348-5236 |
| 519919423 | | Dtech Financial, LLC, Attention T120, 2100 East Elliot Road, Building 94, Tempe, AZ 85284-1806 |
| 519919430 | | State of New Jersey, Dept of Labor & Workforce Accounts, PO box 2672, New Brunswick, NJ 08903-2672 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2024 21:10:38 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, AIS Portfolio Services, LLC, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2024 20:58:57 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519919414 | | Email/Text: g17768@att.com | Feb 14 2024 20:53:00 | AT&T, P.O. Box 8212, Aurora, IL 60572-8212 |
| 519919417 | + | Email/Text: g20956@att.com | Feb 14 2024 20:54:00 | AT&T, 208 South Akard Street, Dallas, TX 75202-4206 |
| 519952988 | | Email/PDF: bncnotices@becket-lee.com | Feb 14 2024 21:21:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519919410 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2024 21:21:30 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519919411 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 14 2024 20:54:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519919412 | + | Email/Text: smacknowski@msscuso.com | Feb 14 2024 20:54:00 | Aspire Federal Credit Union, Attn: Bankruptcy, 67 Walnut Ave, Ste 401, Clark, NJ 07066-1696 |
| 519919418 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2024 20:59:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519919419 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 14 2024 21:10:34 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519929806 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2024 21:10:20 | Capital One Auto Finance, a division of, AIS |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519938284 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2024 21:10:36 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519939367 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2024 21:10:49 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519919420 | + | Email/Text: legal@castlecredit.com | Feb 14 2024 20:54:00 | Castel Credit Co Holdings, LLC, Attn: Bankruptcy, 200 S Michigan Ave #450, Chicago, IL 60604-2400 |
| 519936745 | + | Email/Text: legal@castlecredit.com | Feb 14 2024 20:54:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 520003513 | + | Email/Text: legal@castlecredit.com | Feb 14 2024 20:54:00 | Castle Credit Co. Holdings, Inc., 200 South Michigan Ave., Suite 450, Chicago, IL 60604-2400 |
| 519919421 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2024 21:10:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519919422 | ^ | MEBN | Feb 14 2024 20:54:11 | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 696000, San Antonio, TX 78269-6000 |
| 519982282 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 14 2024 20:54:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519919424 | | Email/Text: BNBLAZE@capitalsvcs.com | Feb 14 2024 20:54:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 519919425 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 14 2024 20:54:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519976451 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 14 2024 20:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519919426 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2024 20:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519977997 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2024 21:10:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519948886 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 14 2024 20:59:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519919427 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 14 2024 21:10:21 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519977794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2024 21:10:26 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519919428 | + | Email/Text: bkrgeneric@penfed.org | Feb 14 2024 20:53:00 | Pentagon FCU, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-1432 |
| 519960790 | | Email/Text: bnc-quantum@quantum3group.com | Feb 14 2024 20:54:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519982398 | | Email/Text: bnc-quantum@quantum3group.com | Feb 14 2024 20:54:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519919429 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 14 2024 20:54:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519919431 | ^ | MEBN | Feb 14 2024 20:52:18 | State of New Jersey, Dept of Labor & Workforce Accounts, PO Box 951, Trenton, NJ 08625-0951 |
| 519919432 | | Email/Text: bknotice@upgrade.com | Feb 14 2024 20:53:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5, Mortgage Pass-Through Certificates, Series 2007- HE5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| Regina Cohen | on behalf of Creditor CAPITAL ONE AUTO FINANCE A DIVISION OF CAPITAL ONE, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| Scott D. Sherman | on behalf of Defendant William D Royster ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Debtor William D Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8