MINION & SHERMAN
BY:  Scott D. Sherman
33 Clinton Road
Suite 105
West Caldwell, New Jersey 07006
Phone:        (973) 882-2424
Fax:           (973) 882-0856
Email:        ssherman@minionsherman.com
Attorneys for Debtor

-----------------------------------------------------------------------------------------------------------

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| WILLIAM D. ROYSTER, | : | |
| | : | |
| | : | Case No. 23-14244 SLM |
| | : | |
| Debtor(s) | : | |

---

## WITHDRAWAL OF DOCUMENT

1.	I, Scott D. Sherman, am an attorney at law in the State of New Jersey and I am the attorney for Debtor's in the above case.

2.	We hereby withdraw Debtor's Opposition to Motion for Relief from Stay (Document #65 on case docket) filed on 11/7/2024.

Dated: 12/9/2024                                           MINION & SHERMAN
                                                                            */S/ Scott D. Sherman, ESQ.*
                                                                            -----------------------------------
                                                                            SCOTT D. SHERMAN, ESQ.
                                                                            Attorney for the Debtor(s)