**Order Filed on December 13, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re: <br><br>  William D. Royster <br><br>                   Debtor. | Case No.: 23-14244 <br><br> Chapter: 13 <br><br> Hearing Date: 12/11/24 <br><br> Judge: Stacey L. Meisel |

## ORDER DENYING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: December 13, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | William D. Royster |
| Case No.: | 23-14244 |
| Caption of Order: | Order Denying Motion for Relief from Stay and Co-Debtor Stay |
| Page: | 2 of 3 |

**THIS MATTER** having been brought before the Court on a (" **Motion for Relief from Stay and Co-Debtor Stay**") by Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5, Mortgage Pass-Through Certificates, Series 2007-HE5; this Court finds:

**WHEREAS** the Motion for Relief from Stay and Co-Debtor Stay is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** See D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

- ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** See D.N.J. LBR 9013-1(a)(1).

- ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** See D.N.J. LBR 9013-1(a)(2).

- ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** See D.N.J. LBR 9013-1(a)(3).

- ☐ **Failure to submit a proposed form of order.** See D.N.J. LBR 9013-4.

- ☐ **Failure to file a certification of service.** See D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** See D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** The Movant improperly included the name, Sonya Royster in the caption of the case. Sonya Royster is not a debtor in this bankruptcy case. The Movant improperly reflected the debtor's filing by including Sonya Royster in the caption of the case.

| | |
|---|---|
| Debtor: | William D. Royster |
| Case No.: | 23-14244 |
| Caption of Order: | Order Denying Motion for Relief from Stay and Co-Debtor Stay |
| Page: | 3 of 3 |

It is hereby

**ORDERED** that the Motion for Relief from Stay and Co-Debtor Stay is denied without prejudice.