| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Scott D. Sherman, Esq. |
| Minion & Sherman |
| 33 Clinton Road  - Suite 105 |
| West Caldwell, New Jersey 07006 |
| phone 973-882-2424 |
| fax 973-882-0856 |
| ssherman@minionsherman.com |

Order Filed on December 20, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM ROYSTER,

        DEBTOR

Case No.: 23-14244

Chapter: 13

Judge: STACEY L. MEISEL

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 20, 2024

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____MINION & SHERMAN_____, the applicant, is allowed a fee of $_____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance shall be payable:

- ❏ through the Chapter 13 plan as an administrative priority.
- ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14244-SLM |
| William D Royster | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

**Recip ID         Recipient Name and Address**
db            +  William D Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

**Name                  Email Address**

Denise E. Carlon

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5, Mortgage Pass-Through Certificates, Series 2007- HE5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gregory L. Van Dyck

on behalf of Plaintiff NJ Department of Labor and Workforce Development  Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov

Marie-Ann Greenberg

magecf@magtrustee.com

Regina Cohen

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

Regina Cohen

| | |
|---|---|
| | on behalf of Creditor CAPITAL ONE AUTO FINANCE A DIVISION OF CAPITAL ONE, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| Scott D. Sherman | on behalf of Defendant William D Royster ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Debtor William D Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8