MINION & SHERMAN
BY:  Scott D. Sherman
33 Clinton Road
Suite 105
West Caldwell, New Jersey 07006
Phone:      (973) 882-2424
Fax:          (973) 882-0856
Email:       ssherman@minionsherman.com
Attorneys for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:                                         :    Chapter 13

WILLIAM D. ROYSTER,              :

                                                    :    Case No. 23-14244 SLM

     Debtor(s)                             :

---

# WITHDRAWAL OF DOCUMENT

1.     I, Scott D. Sherman, am an attorney at law in the State of New Jersey and I am the attorney for Debtor's in the above case.

2.     We hereby withdraw Debtor's Opposition to the Chapter 13 Trustee's Certification of Default (Document #74 on case docket).

Dated: 1/21/2025                                MINION & SHERMAN
                                                                 */S/ Scott D. Sherman, ESQ.*
                                                                 -----------------------------------
                                                                 SCOTT D. SHERMAN, ESQ.
                                                                 Attorney for the Debtor(s)