SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006

Re:  WILLIAM D ROYSTER  
    380 WATSESSING AVENUE  
    BLOOMFIELD,  NJ  07003

Atty:  SCOTT D. SHERMAN ESQ  
    MINION & SHERMAN  
    33 CLINTON ROAD, SUITE 105  
    WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 23-14244

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $139,771.82**

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/14/2023 | $1,095.00 | 9220491000 | 06/30/2023 | $1,054.50 | |
| 07/18/2023 | $40.50 | | 09/01/2023 | $2,190.00 | 9356177000 |
| 09/18/2023 | $2,190.00 | | 10/18/2023 | $2,190.00 | |
| 10/24/2023 | $1,095.00 | | 11/16/2023 | $1,095.00 | |
| 12/08/2023 | $500.00 | | 12/18/2023 | $832.00 | |
| 12/26/2023 | $466.00 | | 01/08/2024 | $500.00 | |
| 01/23/2024 | $340.00 | | 02/08/2024 | $500.00 | |
| 02/26/2024 | $1,164.00 | | 03/08/2024 | $700.00 | |
| 03/25/2024 | $700.00 | | 04/09/2024 | $800.00 | |
| 04/22/2024 | $700.00 | | 05/09/2024 | $700.00 | |
| 05/23/2024 | $700.00 | | 06/10/2024 | $700.00 | |
| 06/25/2024 | $700.00 | | 07/09/2024 | $700.00 | |
| 07/23/2024 | $700.00 | | 08/08/2024 | $1,000.00 | |
| 08/16/2024 | $673.00 | | 09/11/2024 | $500.00 | |
| 09/18/2024 | $1,000.00 | | 10/07/2024 | $873.00 | |
| 10/17/2024 | $800.00 | | 10/24/2024 | $500.00 | |
| 11/08/2024 | $500.00 | | 11/15/2024 | $573.00 | |
| 11/25/2024 | $500.00 | | 12/09/2024 | $500.00 | |

**Total Receipts: $29,771.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $29,771.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE C/O AIS PORTFOLIO SERVICE | | | | | | |
| | 03/11/2024 | $26.93 | 924,716 | 05/10/2024 | $6.77 | 927,627 |
| | 07/15/2024 | $5.57 | 930,514 | 08/19/2024 | $5.71 | 931,929 |
| | 10/21/2024 | $7.60 | 934,792 | 12/16/2024 | $6.13 | 937,658 |

**Chapter 13 Case # 23-14244**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CASTEL CREDIT CO HOLDINGS, LLC | | | | | | |
| | 03/11/2024 | $89.07 | 924,733 | 04/15/2024 | $11.57 | 926,172 |
| | 05/10/2024 | $10.80 | 927,644 | 06/17/2024 | $10.80 | 929,045 |
| | 07/15/2024 | $7.62 | 930,530 | 08/19/2024 | $18.90 | 931,945 |
| | 10/21/2024 | $25.13 | 934,805 | 11/18/2024 | $12.40 | 936,287 |
| | 12/16/2024 | $7.88 | 937,672 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 03/11/2024 | $10,508.39 | 924,287 | 04/15/2024 | $1,364.93 | 925,697 |
| | 05/10/2024 | $1,273.94 | 927,204 | 06/17/2024 | $1,273.94 | 928,566 |
| | 07/15/2024 | $899.07 | 930,083 | 08/19/2024 | $2,229.74 | 931,475 |
| | 09/16/2024 | $469.81 | 932,980 | 10/21/2024 | $2,495.09 | 934,331 |
| | 11/18/2024 | $1,462.48 | 935,828 | 12/16/2024 | $929.73 | 937,213 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,061.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AT&T | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,236.95 | * | 0.00 | |
| 0007 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,601.08 | * | 0.00 | |
| 0009 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,333.77 | * | 0.00 | |
| 0010 | CAPITAL ONE AUTO FINANCE C/O AIS PC | VEHICLE SECURE | 302.40 | 100.00% | 58.71 | |
| 0011 | CASTEL CREDIT CO HOLDINGS, LLC | SECURED | 1,000.00 | 100.00% | 194.17 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 3,096.00 | * | 0.00 | |
| 0013 | DSRM NAT BANK/VALERO | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FIRST SAVINGS BANK/BLAZE | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 976.78 | * | 0.00 | |
| 0017 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | MERRICK BANK | UNSECURED | 2,499.78 | * | 0.00 | |
| 0019 | PENTAGON FCU | UNSECURED | 305.74 | * | 0.00 | |
| 0020 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition | 117,982.81 | 100.00% | 22,907.12 | |
| 0022 | STATE OF NEW JERSEY | UNSECURED | 39,479.64 | * | 0.00 | |
| 0024 | QUANTUM3 GROUP LLC | UNSECURED | 6,417.92 | * | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 773.13 | * | 0.00 | |
| 0027 | CAPITAL ONE BANK NA | UNSECURED | 436.43 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 730.80 | * | 0.00 | |
| 0029 | CASTEL CREDIT CO HOLDINGS, LLC | UNSECURED | 580.04 | * | 0.00 | |

Total Paid:  $29,771.00
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $29,771.00    -    Paid to Claims: $23,160.00    -    Admin Costs Paid: $6,611.00    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.