Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14244−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 William D Royster
 380 Watsessing Avenue
 Bloomfield, NJ 07003

Social Security No.:
 xxx−xx−2498

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 23, 2025
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-14244-SLM

William D Royster     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3

Date Rcvd: Jan 23, 2025     Form ID: 148     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William D Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| 519919415 | | AT&T, PO Box 183066, Columbus, OH 43218-3066 |
| 519919413 | | AT&T, P.O. Box 8217, South Hackensack, NJ 07606 |
| 519919416 | + | AT&T, PO Box 105236, Atlanta, GA 30348-5236 |
| 519919423 | | Dtech Financial, LLC, Attention T120, 2100 East Elliot Road, Building 94, Tempe, AZ 85284-1806 |
| 519919430 | | State of New Jersey, Dept of Labor & Workforce Accounts, PO box 2672, New Brunswick, NJ 08903-2672 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 24 2025 01:37:00 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, AIS Portfolio Services, LLC, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 24 2025 01:37:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519919414 | | EDI: ATTWIREBK.COM | Jan 24 2025 01:37:00 | AT&T, P.O. Box 8212, Aurora, IL 60572-8212 |
| 519919417 | + | EDI: ATTWIREBK.COM | Jan 24 2025 01:37:00 | AT&T, 208 South Akard Street, Dallas, TX 75202-4206 |
| 519952988 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2025 20:59:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519919410 | + | Email/PDF: bncnotices@becket-lee.com | Jan 23 2025 21:21:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519919411 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 23 2025 21:00:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519919412 | + | Email/Text: smacknowski@msscuso.com | Jan 23 2025 21:02:00 | Aspire Federal Credit Union, Attn: Bankruptcy, 67 Walnut Ave, Ste 401, Clark, NJ 07066-1696 |
| 519919418 | + | EDI: CAPITALONE.COM | Jan 24 2025 01:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519919419 | + | EDI: CAPONEAUTO.COM | Jan 24 2025 01:37:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519929806 | + | EDI: AISACG.COM | Jan 24 2025 01:37:00 | Capital One Auto Finance, a division of, AIS |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519938284 | + EDI: AISACG.COM | Jan 24 2025 01:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519939367 | + EDI: AIS.COM | Jan 24 2025 01:37:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519919420 | + Email/Text: legal@castlecredit.com | Jan 23 2025 21:03:00 | Castel Credit Co Holdings, LLC, Attn: Bankruptcy, 200 S Michigan Ave #450, Chicago, IL 60604-2400 |
| 519936745 | + Email/Text: legal@castlecredit.com | Jan 23 2025 21:03:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 520003513 | + Email/Text: legal@castlecredit.com | Jan 23 2025 21:03:00 | Castle Credit Co. Holdings, Inc., 200 South Michigan Ave., Suite 450, Chicago, IL 60604-2400 |
| 519919421 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2025 20:59:23 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519919422 | ^ MEBN | Jan 23 2025 20:49:13 | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 696000, San Antonio, TX 78269-6000 |
| 519982282 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 23 2025 21:03:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519919424 | Email/Text: BNBLAZE@capitalsvcs.com | Jan 23 2025 21:00:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 519919425 | + EDI: PHINGENESIS | Jan 24 2025 01:37:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519976451 | EDI: JEFFERSONCAP.COM | Jan 24 2025 01:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519919426 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 23 2025 21:00:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519977997 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 20:59:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519948886 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2025 21:21:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519919427 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2025 21:09:51 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519977794 | EDI: PRA.COM | Jan 24 2025 01:37:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519919428 | + Email/Text: bkrgeneric@penfed.org | Jan 23 2025 21:00:00 | Pentagon FCU, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-1432 |
| 519960790 | EDI: Q3G.COM | Jan 24 2025 01:37:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519982398 | EDI: Q3G.COM | Jan 24 2025 01:37:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519919429 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 23 2025 21:03:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519919431 | ^ MEBN | Jan 23 2025 20:49:24 | State of New Jersey, Dept of Labor & Workforce Accounts, PO Box 951, Trenton, NJ 08625-0951 |
| 519919432 | Email/Text: bknotice@upgrade.com | Jan 23 2025 21:00:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5, Mortgage Pass-Through Certificates, Series 2007- HE5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory L. Van Dyck | on behalf of Plaintiff NJ Department of Labor and Workforce Development Division of Unemployment and Disability Insurance gregory.vandyck@law.njoag.gov |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| Regina Cohen | on behalf of Creditor CAPITAL ONE AUTO FINANCE A DIVISION OF CAPITAL ONE, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| Scott D. Sherman | on behalf of Defendant William D Royster ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Debtor William D Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8